Tracy Denton
v.
Warden Southern Ohio
Correctional Facility
3:13-cv-0107

SOCF

FILED
JAN - 2 2013

12-25-12

Today 12-25-12 over all summery on the hole situation, I had trouble has Ret with inmates and c/os inmates had relationship with c/os, those guys were mad at me cause they didn't look like it cause I tried to do the right thing and wouldn't do what they were doing to get into the programs and church, they hated me, and they wanted to get me, I ended up taking a lock in a sock after one of an on a inmate after doing time in the hole on Rct, I've been here since 10-5-12 I was put on J-3 and right off I started having trouble with guys that came from Rct, cause there duds was there and I had a "the c/os on me to cause those guys told them I raped a little girl and the real reason was I disrespected an A-B a dope boy and those guys hated me cause I'm different I just do my my time and don't say a thing and I am being treated like shit threatened to be killed in here and raped, there are two guys in here on K4 nick names Cough drop and Coal miner, they are in with the c/o's Rod will and they are trying their hardest to out me beat down and raped there whole motive is to get me in the shower to fuck me. Coal miner is the one with the most influence over the hole thing, every sex case that comes here they kill or punk out beat down real bad and ride em out, this whole place is in together on this, the reason I believe that is cause every branch of the DRC I've contacted about my safty has resulted in failure I don't know how much longer I can stay alive in this place, I don't know who else I can go to about it, I'm on a block and I'm being mentally tormented every day there on the block try to get the c/o's let them come in my cell get me the c/o's know the camaras is on that side of the block, so they are going to cuff me up and put me in the shower off camera, I've tried to go on PC and they wont let me the c/o's and inmates tell other staff I've got to get a ass whip on and punked out first but these guys are going to kill me if they get in here, they got shanks a guy beside me has one on both sides of me, I know I will be murdered if I don't get help soon, I know I've done wrong in the past

But I'm not the same man I was 20 years ago, I have a wife and kids now a [illegible] how hard [illegible] is now. They gave me [illegible] about [illegible] you [illegible] [illegible] OK. voluntary soon in act. he'll get [illegible] now? you will help me with this thing if possible.

Thank you, sir. SH

[signature illegible]

T. [illegible]

Tracy D...
S.O.C.F. P.o...
L...

INMATE
CORRESPONDENCE
SOUTHERN OHIO
CORRECTIONAL FACILITY



Purple Martin

Intake Sect...
... Federal Bldg
... 8th Ave 8th F...
Huntington WVA
25701